# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

RAMON ALVARADO JR.,

    Plaintiff,

v.                                                 Case No. 21-CV-183

BRIAN FOSTER, *et al.*

    Defendants.

---

RAMON ALVARADO JR.,

    Plaintiff,

v.                                                 Case No. 21-CV-184

JOSEPH BEAHM, *et al.*

    Defendants.

---

RAMON ALVARADO JR.,

    Plaintiff,

v.                                                 Case No. 21-CV-186

JOSEPH BEAHM, *et al.*

    Defendants.

RAMON ALVARADO JR.,

    Plaintiff,

v.                                                                Case No. 22-CV-288

NIKITA BARBEAU, *et al.*

    Defendants.

---

RAMON ALVARADO JR.,

    Plaintiff,

v.                                                                Case No. 22-CV-289

KYLE DEMERS, *et al.*

    Defendants.

---

RAMON ALVARADO JR.,

    Plaintiff,

v.                                                                Case No. 22-CV-290

JOSH BLIELER, *et al.*

    Defendants.

RAMON ALVARADO JR.,

    Plaintiff,

v.                                                           Case No. 22-CV-1204

BONES, *et al.*

    Defendants.

---

RAMON ALVARADO JR.,

    Plaintiff,

v.                                                           Case No. 22-CV-1357

JOHN BIRDYSHAW, *et al.*

    Defendants.

---

RAMON ALVARADO JR.,

    Plaintiff,

v.                                                           Case No. 22-CV-1358

JEREMY WESTRA,

    Defendant.

---

RAMON ALVARADO JR.,

    Plaintiff,

v.                                                           Case No. 22-CV-1501

**MATTHEW BURNS,** *et al.*

**Defendants.**

### AMENDED ORDER

On October 27, 2022, the court entered an order referring Case Numbers 21-cv-183, 21-cv-184, 21-cv-186, 22-cv-288, 22-cv-289, and 22-cv-290 to a randomly assigned magistrate judge for mediation. Since that order was entered, four new cases were filed—22-cv-1204, 22-cv-1357, 22-cv-1358, and 22-cv-1501. The court now amends its referral order to include the four additional cases. All deadlines in all ten cases shall also be stayed pending mediation. The court notes that the defendants filed a motion to refer Case No. 22-cv-1501 to mediation. That motion is granted.

**THEREFORE, IT IS HEREBY ORDERED** that Case Numbers 21-cv-183, 21-cv-184, 21-cv-186, 22-cv-288, 22-cv-289, 22-cv-290, 22-cv-1204, 22-cv-1357, 22-cv-1358, and 22-cv-1501 shall be **REFERRED** to mediation.

**IT IS FURTHER ORDERED** that the deadlines in these ten cases are **STAYED**. Should any or all of the cases not be resolved at mediation, the court will enter amended scheduling orders resetting the deadlines and/or enter any other necessary orders required to get the cases back on track.

**IT IS FURTHER ORDERED** that the defendant's motion for referral to mediation in Case No. 22-1501 (ECF No. 23) is **GRANTED.**

Dated at Milwaukee, Wisconsin this 6th day of January, 2023.

BY THE COURT:

NANCY JOSEPH
United States Magistrate Judge