UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**RAMON ALVARADO, JR.,**

    Plaintiff,

v.                                   Case No. 21-CV-183

**BRIAN FOSTER**, *et al.,*

    Defendants.

---

## ORDER

On March 24, 2023, *pro se* plaintiff Ramon Alvarado, Jr. filed a motion to correct the screening order. (ECF No. 62.) In his motion, Alvarado seeks clarification as to whether his due process claim was dismissed at screening. The operative screening order is the screening order dated May 18, 2021, (ECF No. 12). Alvarado is proceeding on the claims as outlined in that order, which explicitly states he is allowed to proceed on a due process claim. Thus, Alvarado's motion is unnecessary and the court **DENIES** his motion. (ECF No. 62).

Dated at Milwaukee, Wisconsin this 10th day of May, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge